MEMORANDUM OPINION

No. 04-06-00570-CV

Linda L. SURFACE,

Appellant

v.

Stephen L. SURFACE,

Appellee

From the 25th Judicial District Court, Guadalupe County, Texas

Trial Court No. 04-1437-CV

Honorable Gary L. Steel , Judge Presiding




PER CURIAM



Sitting: Karen Angelini , Justice

 Sandee Bryan Marion , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: November 22, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). 

 Appellant also requests that we assess costs of appeal against the party incurring same. However, pursuant to Texas Rule of
Appellate Procedure 42.1(d), "[a]bsent agreement of the parties, the court will tax costs against the appellant." See id.
42.1(d). Therefore, because appellant's motion is not agreed, we tax costs of the appeal against appellant.



 PER CURIAM